1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Maya.Karwande@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-mj -70038-MAG-1 |
|---|---|
| Plaintiff, | ) **DETENTION ORDER** |
| v. | ) |
| CHRISTOPHER DANIEL SALIBA, | ) |
| Defendant. | ) |

On January 16, 2020 defendant CHRISTOPHER DANIEL SALIBA was charged by complaint with being a felon in possession of a firearm, in violation of Title 18 United States Code section 922(g)(1).

This matter came before the Court on January 24, 2020, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Maya Karwande appeared for the government. The government moved for detention, and the defendant opposed. Laura Triolo, defendant's Probation Officer was also present at the hearing and recommended detention on the grounds of risk of non-appearance and danger to the community. At the hearing, counsel and U.S. Probation Officer Specialist Triolo submitted proffers and arguments regarding detention.

1     Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

    The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings, among others stated on the record, as the bases for its conclusion: (1) the defendant was on supervised release for a prior conviction of being a felon in possession of a firearm at the time of offense charged here; (2) the defendant has twice absconded from residential drug treatment facilities while on supervised release; (3) during the second escape the defendant was involved in a drive-by shooting and shot a rival gang member in the leg, for which he was convicted of aggravated assault with a semiautomatic weapon; (4) the crime charged here involves a loaded firearm. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

    Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

///
///
///
///
///
///

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 27, 2020



HONORABLE SALLIE KIM
United States Magistrate Judge